171 A.3d 1266

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. TERRANCE O. HOOKS, A/K/A TERRENCE HOOKS, DEFENDANT–PETITIONER.

C–214 September Term 2017
079285

October 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002574–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.